UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROBERTA MURASZEWSKI and
The ESTATE OF BRAD MURASZEWSKI,

               Plaintiffs,

    vs.

ASCENSION HEALTH, COLUMBIA ST.
MARY'S HOSPITAL MILWAUKEE, INC.,
and ASCENSION ST. FRANCIS HOSPITAL,
INC.,

               Defendants.

Case No. 24-cv-750

---

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Plaintiffs ROBERTA MURASZEWSKI and the ESTATE of BRAD MURASZEWSKI ("Plaintiffs") and Defendants ASCENSION HEALTH, COLUMBIA ST. MARY'S HOSPITAL MILWAUKEE, INC., and ASCENSION ST. FRANCIS HOSPITAL, INC. ("Defendants"), through their respective undersigned attorneys, hereby stipulate and agree that Plaintiffs claims and causes of action against Defendants in the above-captioned action shall be dismissed, with prejudice, with each party to bear its own costs, attorneys' fees, and expenses. The parties accordingly request that the Court enter an order dismissing this case with prejudice.

Dated: <u>May 14, 2026</u>

ROBERTA MURASZEWSKI and The
ESTATE OF BRAD MURASZEWSKI

By: <u>*/s/ Andrew Rozynski*</u>
     Andrew Rozynski – SBN: _____
     Eisenberg & Baum, LLP
     24 Union Square, East, Penthouse
     New York, NY 10003
     Telephone: 212.353.8700

Dated: <u>May 14, 2026</u>

ASCENSION HEALTH, COLUMBIA ST.
MARY'S HOSPITAL MILWAUKEE, INC.,
and ASCENSION ST. FRANCIS HOSPTIAL,
INC.

By: <u>*/s/ Sofija Anderson*</u>
Sofija Anderson, Bar No. 1041498
svanderson@littler.com
Michael Yellin, Bar No. 1081448
myellin@littler.com
LITTLER MENDELSON, P.C.
111 East Kilbourn Avenue, Suite 1000
Milwaukee, WI 53202
Telephone: 414.291.5536
Facsimile: 414.291.5526

4868-1289-5212.1 / 114766-1082